NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CANVS CORPORATION,**
*Appellant*

**v.**

**SECRETARY OF THE AIR FORCE,**
*Appellee*

———————————

2019-1190

———————————

Appeal from the Armed Services Board of Contract Appeals in Nos. 57784, 57987, Administrative Judge J. Reid Prouty, Administrative Judge Richard Shackleford, Administrative Judge Robert T. Peacock.

———————————

**JUDGMENT**

———————————

JOSEPH J. ZITO, DNL ZITO, Washington, DC, argued for appellant. Also represented by LUIZ FELIPE DE OLIVEIRA.

PATRICIA M. MCCARTHY, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by ANTHONY F. SCHIAVETTI, JOSEPH H. HUNT, ROBERT EDWARD KIRSCHMAN, JR.

-----------------------

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 9, 2020
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Chief Deputy Clerk